GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Attorneys for Defendant,*
*Ditech Financial, LLC*
*fka Green Tree Servicing, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRIE R. MCBRIDE,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC;<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:15-cv-01895-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

Defendant Green Tree Services, LLC now known as Ditech Financial LLC ("Defendant") and Plaintiff Carrie R. McBride ("Plaintiff"), collectively referred to herein as the "Parties," hereby stipulate to the following:

1. Plaintiff filed their Complaint against Defendant in the Eighth Judicial District Court of Clark County, Nevada, Case No. A-15-724389 on or about September 10, 2015.

2. Defendant was served with the complaint on September 16, 2015.

3. Defendant's deadline to respond to Plaintiff's Complaint was October 6, 2015.

4. On September 22, 2015, in order to provide Defendant with additional time to obtain the necessary documents and information so it can prepare and draft a proper responsive

1

pleading to Plaintiff's Complaint and determine if Plaintiff's Complaint has merit against them, the Parties hereby agreed that Defendant's last day to file and serve its response to the Complaint shall be extended from October 6, 2015 to October 23, 2015.

5. Co-defendant Equifax Information Services, LLC removed the case to federal court on October 2, 2015.

6. Defendant became aware of this removal on October 14, 2015 and filed a notice of Non-Objection to the Removal on October 16, 2015. Now that Defendant has appeared in this case, it would like to make the Court aware of the parties' agreed extended deadline to respond to the Complaint.

7. The extension to October 23, 2015 is also being requested so that the Parties can discuss potential settlement of the matter.

8. This stipulated extension will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

**IT IS SO STIPULATED.**

DATED this 20th day of October, 2015.

| | |
|---|---|
| /s/ David H. Krieger, Esq. | /s/ Gary E. Schnitzer, Esq. |
| David H. Krieger, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 395 |
| 8985 S. Eastern Ave., Ste. 130 | 8985 S. Eastern Ave., Ste. 200 |
| Las Vegas, NV  89123 | Las Vegas, NV  89123 |
| *Attorneys for Plaintiff,* | *Attorneys for Defendant,* |
| *Carrie McBride* | *Ditech Financial, LLC fka* |
| | *Green Tree Servicing, LLC* |

**IT IS ORDERED.**

DATED this 21st day of October, 2015.

_____
United States Magistrate Judge

2