David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Carrie R. McBride, | Case No. 2:15-cv-01895-JAD-GWF |
| Plaintiff, | |
| v. | **Order Dismissing Claims Against Equifax Information Services, LLC [ECF 18]** |
| GREEN TREE SERVICING, LLC; and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

    Plaintiff Carrie R. McBride and EQUIFAX INFORMATION SERVICES, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to,**

…

…

…

…

Page **1** of **2**

**EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:          December 15, 2015

| By: | By. |
|---|---|
| /s/David H. Krieger, Esq. | /s/: Bradley Austin, Esq. |
| David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | Bradley Austin, Esq.<br>Snell & Wilmer, LLP<br>*Attorney for Defendant Equifax* |

## ORDER

The court construes this stipulation to dismiss plaintiff's claims against Equifax Information Services, LLC with prejudice [18] as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all parties to this case. Good cause appearing, it is HEREBY ORDERED that the joint motion [18] is APPROVED, and all claims against Equifax Information Services, LLC are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
Jennifer Dorsey
United States District Judge
December 15, 2015