David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

Carrie R. McBride,

    Plaintiff,

v.

GREEN TREE SERVICING, LLC, and
EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 2:15-cv-01895-JAD-GWF
(consolidated with 2:15-cv-02004-
GMN-NJK)**

**STIPULATION AND ORDER
DISMISSING ACTION WITH
PREJUDICE AS TO EXPERIAN
INFORMATION SOLUTIONS, INC.
ONLY**

  Plaintiff Carrie R. McBride and Experian information Solutions, Inc. ("Experian") hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Experian**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

      Dated:         February 8, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Bob L. Olson, Esq. |
| David H. Krieger, Esq. | Bob L. Olson, Esq. |
| Nevada Bar No. 9086 | Snell & Wilmer, LLP |
| HAINES & KRIEGER, LLC | *Attorney for Defendant Experian* |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## ORDER

      The court construes this stipulation to dismiss plaintiff's claims against Experian Information Solutions, Inc. with prejudice **[ECF 26] as a joint motion** under Local Rule 7-1(c) because it was signed by fewer than all parties to this case. Good cause appearing, it is HEREBY ORDERED that **the joint motion [ECF 26] is GRANTED, and all claims against Experian Information Solutions, Inc. are DISMISSED with prejudice,** each party to bear its own fees and costs.

      Dated: February 9, 2016.

_____
UNITED STATES DISTRICT JUDGE